BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Michael.Maffei@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00459 JST |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| MARCUS FULLER, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on November 6, 2015 at 9:30 a.m. for a status hearing. Mr. Fuller was present and in custody and represented by Roger Patton. Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the recently provided discovery.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled a change of plea date for December 17, 2015 at 9:30 a.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

STIP. AND ORDER EXCLUDING TIME    1
CR 15-00459 JST

3. The parties now formalize their request for a continuance of this matter to December 17, 2015 at 9:30 a.m. for a change of plea, and respectfully submit and agree that the period from November 6, 2015 through and including December 17, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow defense counsel to review the recently provided discovery.

IT IS SO STIPULATED.

DATED: November 6, 2015
BRIAN J. STRETCH
Acting United States Attorney

/s/
MICHAEL MAFFEI
Assistant United States Attorney

DATED: November 6, 2015

/s/
ROGER PATTON
Counsel for the Defendant

### [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from November 6, 2015 through and including December 17, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on December 17, 2015 at 9:30 a.m. for a change of plea.

STIP. AND ORDER EXCLUDING TIME         2
CR 15-00459 JST

1      2.     The period from November 6, 2015 through and including December 17, 2015 is
excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C.
§ 3161(h)(7)(A) & (B)(iv).

       IT IS SO ORDERED.

DATED:   November 9, 2015

IT IS SO ORDERED

Judge Jon S. Tigar