1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Michael.Maffei@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA         ) CASE NO. CR 15-00459 JST
                                    )
14     v.                           ) STIPULATION AND [PROPOSED] ORDER
                                    ) EXCLUDING TIME FROM OTHERWISE
15 MARCUS FULLER,                   ) APPLICABLE SPEEDY TRIAL ACT
                                    ) CALCULATION
16        Defendant.                )
                                    )
17

18                            **STIPULATION**

19     IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20     1.    The parties are scheduled to appear before the Court on December 17, 2015 at 9:30 a.m.

21 for a change of plea. As of December 15, 2015, the government conveyed a proposed plea agreement

22 and a draft superseding information to the defense and due to both parties' schedules, a resolution on the

23 currently scheduled date of December 17, 2015 is not possible. By this stipulation, the parties agree to a

24 continuance of the matter, with time excluded for effective preparation of counsel, to allow defense

25 counsel to review the recently provided discovery, draft superseding information, and proposed plea

26 agreement.

27     2.    Accordingly, the parties respectfully request that the Court reschedule the change of plea

28 date in this case to February 19, 2016 at 2:00 p.m.

STIP. AND ORDER EXCLUDING TIME            1
CR 15-00459 JST

3.     The parties now formalize their request for a continuance of this matter to February 19, 2016 at 2:00 p.m. for a change of plea, and respectfully submit and agree that the period from December 17, 2015 through and including February 19, 2016 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow defense counsel to review the recently provided discovery, draft superseding information, and proposed plea agreement.

IT IS SO STIPULATED.

DATED:  December 16, 2015            BRIAN J. STRETCH
                                     Acting United States Attorney


                                     _____/s/_____
                                     MICHAEL MAFFEI
                                     Assistant United States Attorney


DATED:  December 16, 2015


                                     _____/s/_____
                                     ROGER PATTON
                                     Counsel for the Defendant


## [PROPOSED] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from December 17, 2015 through and including February 19, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1.     The parties shall appear before the Court on February 19, 2016 at 2:00 p.m. for a change

of plea.

2. The period from December 17, 2015 through and including February 19, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: December 16, 2015

_____
HON. JON S. TIGAR
United States District Judge